

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00690-CV

Steven M. **GARY**,
Appellant

v.

Mary **ROMAN**, Et al.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01986
Honorable Laura Salinas, Judge Presiding

# O R D E R

On November 2, 2015, appellant, who is pro se, filed a notice of appeal in this court stating that he "wishes to appeal the amicus curiae advisory to the court." Our review of the appellate record in the appeal previously filed in this court, as well as the trial court's docket sheet, suggests the "amicus curiae advisory" from which appellant seeks to appeal is neither a final, appealable judgment nor an appealable interlocutory order.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). A judgment is final for appellate purposes if it disposes of all pending parties and claims in the record. *Id.* There appears to be no final judgment in this case, and we have found no authority permitting an interlocutory appeal from an "amicus curiae advisory to the court." *See Texas A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007) (holding appellate courts have jurisdiction to consider interlocutory orders only if statute explicitly provides such jurisdiction).

Accordingly, we **ORDER** appellant to file a written response in this court on or before **December 7, 2015**, showing cause why this appeal should not be dismissed for want of jurisdiction.

If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on the appellant, all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court